UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA PELLOT,<br>    *Plaintiff*<br><br>v.<br><br><br>DOLLAR TREE STORES, INC.<br>    *Defendant* | CIVIL ACTION NO.:<br>3:23-cv-565<br><br><br><br>MAY 2, 2023 |

**DEFENDANT DOLLAR TREE STORES, INC.'s**
**<u>DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Dollar Tree Stores, Inc. ("Defendant") states that it is a foreign corporation organized under the laws of the Commonwealth of Virginia and with its principal place of business located at 3500 Volvo Parkway, Chesapeake, Virginia.

    Respectfully submitted by,
    Defendant
    DOLLAR TREE STORES, INC.
    By its attorneys,


    /e/ *Courtney Hays*
    Kevin J. O'Leary, ct30271
    Courtney Hays, ct31062
    Coughlin Betke LLP
    100 Pearl Street, 14th Floor
    Hartford, CT 06103

    MAILING ADDRESS
    175 Federal Street
    Boston, MA 02110
    (617) 988-8050
    koleary@coughlinbetke.com
    chays@coughlinbetke.com

## CERTIFICATE OF SERVICE

      I, Courtney Hays, certify that a copy of this document was or will immediately be mailed or delivered electronically on May 2, 2023 to all attorneys and self-represented parties of record:

*Plaintiff Norma Pellot*
Michael E. Skiber, Esq.
Law Office of Michael E. Skiber
152 East Avenue
Norwalk, CT 06851
attys@skiberlaw.com

                                            /e/ Courtney Hays
                                         Courtney Hays, Esq. (ct31062)