UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA PELLOT,<br>  *Plaintiff* | ) <br> ) <br> ) | |
| v. | ) <br> ) <br> ) | CIVIL ACTION NO.:<br>3:23-cv-565 |
| DOLLAR TREE STORES, INC.<br>  *Defendant* | ) <br> ) <br> ) <br> ) | MAY 5, 2023 |

## DOLLAR TREE STORE'S STATEMENT RE LOCAL STANDING ORDER FOR REMOVED CASES

Pursuant to the Standing Order on Removed Cases, please find Defendant Dollar Tree Stores, Inc.'s ("Defendant") Signed Statement below:

1. Dollar Tree Stores, Inc., first received a copy of the summons and complaint in the state court action on September 23, 2022.

2. Dollar Tree Stores, Inc., was served with a copy of the summons and complaint on September 23, 2022.

3. Plaintiff Norma Pellot is a citizen of Connecticut. Defendant is a corporation formed under the laws of the Commonwealth of Virginia with its principal place of business located at 500 Volvo Parkway in Chesapeake, Virginia.

4. Removal took place more than thirty (30) days after first receiving a copy of the summons and complaint because Defendant was not aware that the case was valued over the $75,000 jurisdictional minimum required pursuant to 28 U.S.C. § 1332 until Plaintiff's counsel submitted an Offer of Compromise in the state court action on April 6, 2023, in the amount of five million dollars ($5,000,000.00).

5. No other defendant is currently in this case and no other defendant has been served prior to the filing of the notice of removal.

6. Plaintiff is represented by Michael E. Skiber with Law Office of Michael E. Skiber. Defendant is represented by Courtney Hays and Kevin O'Leary with Coughlin Betke, LLP.

        Respectfully submitted,
        Defendant,
        DOLLAR TREE STORES, INC.
        By its attorneys,

        /e/ Courtney Hays
        Kevin J. O'Leary, ct30271
        Courtney Hays, ct31062
        Coughlin Betke LLP
        100 Pearl Street, 14th Floor
        Hartford, CT 06103

        MAILING ADDRESS
        175 Federal Street
        Boston, MA 02110
        (617) 988-8050
        koleary@coughlinbetke.com
        chays@coughlinbetke.com

**CERTIFICATE OF SERVICE**

I, Courtney Hays, certify that a copy of this document was or will immediately be mailed or delivered electronically on May 5, 2023 to all attorneys and self-represented parties of record:

*Plaintiff Norma Pellot*
Michael E. Skiber, Esq.
Law Office of Michael E. Skiber
152 East Avenue
Norwalk, CT 06851
attys@skiberlaw.com

        /e/ Courtney Hays
        Courtney Hays, Esq. (ct31062)