# Exhibit A

| | |
|---|---|
| **RETURN DATE: OCT. 18, 2022** | : SUPERIOR COURT |
| **NORMA PELLOT** | : J.D. OF FAIRFIELD |
| v. | : AT BRIDGEPORT |
| **DOLLAR TREE STORES, INC.** | : SEPT. 16, 2022 |

## COMPLAINT

### COUNT ONE – NEGLIGENCE AGAINST DOLLAR TREE STORES, INC

1. At all times mentioned herein the plaintiff Norma Pellot was and is a person residing in East Haven, Connecticut.

2. At all times mentioned herein, the defendant Dollar Tree Stores, Inc. was and is a foreign corporation authorized and conducting business in the State of Connecticut where it operated a retail store known as Dollar Tree.

3. At all times mentioned herein, the defendant owned, possessed, operated, maintained and/or controlled the Dollar Tree located at 330 Connecticut Avenue, Suite 7 in Norwalk, Connecticut ("the store").

4. On or about June 16, 2022 at approximately 3 p.m., the plaintiff was a customer at the store and was shopping for helium-filled balloons.

5. At the same place and time, agents, servants and/or employees of the defendant instructed and allowed the plaintiff to assist the defendants agents, servants and/or employees with filling balloons with helium from the store's helium tank.

6. At the same place and time, the helium tank's spout exploded while the plaintiff held the spout with her fingers, injuring the plaintiff.

7. The helium tank spout explosion and the plaintiff's injuries were caused by the carelessness and negligence of the defendant and/or its agents, servants and/or employees in that they:

    (a)    failed to properly maintain the helium tank and/or the spout to the helium tank;

    (b)    failed to inspect the helium tank and/or the spout to the helium tank;

    (c)    failed to properly instruct the plaintiff about how to use the helium tank;

      (d)     failed to warn the plaintiff of the poor working condition of the helium tank;

      (f)     failed to properly train its employees;

      (g)     allowed untrained, inexperienced customers to use the store's helium tank;

      (h)     failed to monitor the helium tank;

      (i)     failed to keep the helium tank in a safe working order.

8. As a result of the defendant's negligence and/or carelessness, the plaintiff has been caused to suffer the following serious and painful personal injuries, part or all of which may be permanent in nature:

      (a)     High pressure helium injury to left thumb;

      (b)     Deep tissue pressure injury of the thumb on the left hand;

      (c)     Compartment syndrome of the thumb on the left hand;

      (d)     Subcutaneous emphysema of the left hand;

      (e)     Subcutaneous emphysema of the left upper arm;

      (f)     Subcutaneous emphysema of the left forearm;

      (g)     Physical pain.

8. As a result of sustaining the above-described injuries, the plaintiff has incurred and will continue to incur expenses for hospital/medical/convalescent care and treatment, x-rays and other diagnostic imaging procedures, physical therapy and prescription drugs, all to his financial loss.

9. As a further result of having sustained the injuries, the plaintiff has been caused to suffer an overall physical and mental discomfort which imposes severe limitations on his capacity to carry on and enjoy all of life's other activities.

10. As a further result of having sustained the injuries, the plaintiff has been caused to suffer lost wages and may continue to incur lost wages in the future.

**WHEREFORE,** THE PLAINTIFF CLAIMS MONEY DAMAGES. THIS MATTER IS WITHIN THE JURISDICTION OF THIS COURT.

**THE PLAINTIFF,**

By: _____
Michael E. Skiber, Esq.
Law Office of Michael E. Skiber
152 East Ave.
Norwalk, CT 06851
Email: attys@skiberlaw.com
Tel: (203) 615-0090
Fax: (866) 418-8045
Juris No. 429588

ATTEST:
_____
AN R. WRIGHT
MARSHAL
RD COUNTY