AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Norma Pellot <br> *Plaintiff* <br> v. <br> Dollar Tree Stores, Inc. <br> *Defendant, Third-party plaintiff* <br> v. <br> Zephyr Solutions, LLC <br> *Third-party defendant* | ) <br> ) <br> ) Civil Action No. 3:23-cv-00565-MPS <br> ) <br> ) <br> ) <br> ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*
    Zephyr Solutions, LLC

    A lawsuit has been filed against defendant __Dollar Tree Stores, Inc.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Norma Pellot__.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

| | |
|---|---|
| Courtney Dawn Hays <br> Coughlin Betke LLP <br> 175 Federal Street Suite 1450 <br> Boston, MA 02110 | Kevin J. O'Leary <br> Coughlin Betke, LLP <br> 175 Federal Street <br> Boston, MA 02110 |

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Michael E. Skiber <br> The Law Office of Michael E. Skiber <br> 152 East Avenue <br> Norwalk, CT 06851 | Valerie Maze Keeney <br> Law Office of Michael E. Skiber <br> 152 East Avenue <br> Norwalk, CT 06851 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date:    6/29/2023

                                                *CLERK OF COURT*

                                              /s/ Diana Mendez, Deputy Clerk
                                              *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:23-cv-00565-MPS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ZEPHYR SOLUTIONS, LLC
was received by me on *(date)* 7/7/2023

☐ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   , a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MIHRET MAMO , who is
   designated by law to accept service of process on behalf of *(name of organization)* ZEPHYR SOLUTIONS, LLC
   AT CT CORP 4400 EASTON COMMONS WAY STE 125 COLUMBUS OH 43219 on *(date)* 7/14/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7/19/2023

*Server's signature*

RON FREEMAN PROCESS SERVER
*Printed name and title*

PO BOX 93447 CLEVELAND OHIO 44101
*Server's address*

Additional information regarding attempted service, etc: